# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MATTHEWS H. BASS**                                         **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO.: 4:13CV63-SA-JMV**

**THE STANDARD FIRE INSURANCE COMPANY**         **DEFENDANT**

## ORDER GRANTING MOTION TO STAY

The Court, having considered the motion to stay filed by the Defendant, and finding good cause hereby orders that all proceedings in the above-captioned cause of action are temporarily STAYED for ninety days, at which time the stay will be reconsidered.

IT IS ORDERED that the defendant's motion to stay is GRANTED.

This the 3rd day of June, 2013.

                                                  /s/Jane M. Virden
                                                  JANE M. VIRDEN
                                                  UNITED STATES MAGISTRATE JUDGE