IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MATTHEWS H. BASS                                                        PLAINTIFF

VS.                                                   CIVIL ACTION NO.: 4:13CV63-SA-JMV

THE STANDARD FIRE INSURANCE COMPANY                DEFENDANT

## ORDER GRANTING MOTION TO STAY

The Court, having considered the motion to stay filed by the Defendant, and finding good cause hereby orders that all proceedings in the above-captioned cause of action are temporarily STAYED for sixty days, at which time the stay will be reconsidered.

IT IS ORDERED that the defendant's motion to stay is GRANTED.

This the 3rd day of September, 2013.

                                                               /s/Jane M. Virden
                                                                JANE M. VIRDEN
                                                                UNITED STATES MAGISTRATE JUDGE