**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MATTHEWS H. BASS**                                                                    **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO.: 4:13-cv-63-SA-JMV**

**THE STANDARD FIRE INSURANCE COMPANY**                     **DEFENDANT**

## ORDER DENYING MOTION TO CONTINUE STAY

This matter comes before the court on Defendant's Second Motion to Stay [21]. Upon due consideration of the motion, the court finds the motion is not well-taken and should be denied for the following reasons.

The court finds a further stay is unnecessary. Rather, it will set a telephonic Case Management Conference at which it intends to enter a Case Management Order. The Order will defer the commencement of discovery until the denial of the currently pending motion to dismiss, if any, or April 1, 2014 – whichever date is earlier. The Case Management Order will delineate the deadlines for discovery, amendments, and other matters before the court.

Currently, the court plans to enter the following deadlines in the Case Management Order:

      (1) Amendments/Joinder Deadline: May 15, 2014;

      (2) Plaintiff's Designation of Experts Deadline: July 15, 2014;

      (3) Defendant's Designation of Experts Deadline: August 15, 2014;

      (4) Discovery Deadline: October 1, 2014;

      (5) Motion's Deadline: October 15, 2014.

**IT IS, THEREFORE, ORDERED** that the Defendant's Second Motion to Stay is hereby **DENIED**.

**SO ORDERED**, this the 4th day of November, 2013.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**